# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 35. Certificate for Exemption under Circuit Rule 46-5
## for Former Court Employee

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form35instructions.pdf*

**9th Cir. Case Number(s)**   26-5060

**Case Name**   Jensen, et al. v. Thornell, et al.

Name of former employee:   Joshua D. Bendor

Party to be represented/advised:   Defendants/Appellants Ryan Thornell, et al.

Dates of employment with the 9th Circuit:   August 2015-August 2016

Job title while employed by court:   Law Clerk to Hon. Andrew D. Hurwitz

⊙   I hereby certify that, to the best of my knowledge, I had no direct or indirect involvement with the case during my employment with the Court, and I was not employed or assigned in the chambers of any judge who made a ruling in the case—or who made, responded to, or voted on an en banc call—during my employment with the Court.

**Signature**   Joshua D. Bendor   Digitally signed by Joshua D. Bendor
Date: 2026.08.06 16:53:50 -07'00'     **Date**   8/6/26

*(you may use "s/[typed name]"when filing electronically)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 35**                                                                 *New 06/01/2026*