# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
## Form 35. Certificate for Exemption under Circuit Rule 46-5
## for Former Court Employee

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form35instructions.pdf*

**9th Cir. Case Number(s)** | 26-5060

**Case Name** | Jensen, et. al., v. Thornell et al.

Name of former employee: | John S. Bullock

Party to be represented/advised: | Defendants/Appellants Ryan Thornell, et al.

Dates of employment with the 9th Circuit: | August 2019 August 2020

Job title while employed by court: | Law Clerk to Hon. Mary M. Schroeder

⊙ I hereby certify that, to the best of my knowledge, I had no direct or indirect involvement with the case during my employment with the Court, and I was not employed or assigned in the chambers of any judge who made a ruling in the case—or who made, responded to, or voted on an en banc call—during my employment with the Court.

**Signature** | s/John S. Bullock    **Date** | 8/07/2026

*(you may use* "s/[typed name]"*when filing electronically)*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 35**                                                    *New 06/01/2026*