# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** 26-5060

**Case Name** Jensen v. Thornell

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

A stay pending appeal of the district court's order appointing a receiver, which will go into effect 21 days after the filing of the emergency motion.

Relief is needed no later than *(date)*: 9/2/2026

The following will happen if relief is not granted within the requested time:

A receiver will take control of all healthcare operations for the Arizona Department of Corrections, Rehabilitation, and Reentry. The receiver will exercise all authority vested in the Department's Director, and will have broad authority over the Department's healthcare budget, contracts, personnel, and compliance efforts. Further, the State of Arizona will be forced to pay for all the receiver's expenditures.

I could not have filed this motion earlier because:

Defendants filed an initial motion to stay pending appeal with the district court, per Federal Rule of Appellate Procedure 8(a)(1). The district court denied that motion on August 5, 2026. After the district court entered its order denying that motion, Defendants immediately started preparing the emergency motion and filed it at the earliest time possible.

I requested this relief in the district court or other lower court: ◉ Yes ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: Aug 12, 2026

By *(method)*: Email

Position of other parties: Opposed

Name and best contact information for each counsel/party notified:

Alison Hardy: ahardy@prisonlaw.com
Corene T. Kendrick: ckendrick@aclu.org
David C. Fathi: dfathi@aclu.org
Donald Specter: dspecter@prisonlaw.com
Jared G. Keenan: jkeenan@aclpi.org
Lauren Beall: lbeall@acluaz.org
Maria V. Morris: mmorris@aclu.org
Maya S. Abela: mabela@disabilityrightsaz.org

I declare under penalty of perjury that the foregoing is true.

**Signature** s/ Andrew G. Pappas **Date** 8/12/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*