FILED

SEP 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWN JENSEN; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RYAN THORNELL, Director of the Arizona Department of Corrections, Rehabilitation and RICHARD PRATT,<br><br>Defendants - Appellants. | No. 26-1746<br><br>D.C. No.<br>2:12-cv-00601-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| SHAWN JENSEN; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RYAN THORNELL, Director of the Arizona Department of Corrections, Rehabilitation and RICHARD PRATT,<br><br>Defendants - Appellants. | No. 26-5060<br><br>D.C. No.<br>2:12-cv-00601-ROS<br>District of Arizona,<br>Phoenix |

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges
Partial Dissent by Judge FORREST.

The motion (Docket Entry No. 21 in 26-1746; Docket Entry No. 10 in 26-5060) for leave to file an amicus brief in support of the motion to stay is granted.

The motion (Docket Entry No. 7 in 26-5060) to stay the district court's July 17, 2026 order is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining

standard for stay pending appeal). This denial is subject to reconsideration by the panel assigned to decide the merits of these appeals.

These appeals are expedited. The consolidated opening brief is due September 15, 2026. The consolidated answering briefs are due October 15, 2026. The optional consolidated reply brief is due 21 days after the consolidated answering briefs are filed. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The clerk will place these cases on the calendar for December 2026. *See* 9th Cir. Gen Ord. 3.3(f).

Judge Forrest would grant an administrative stay and refer the stay motion to the panel assigned to decide the merits of these appeals on an expedited basis.